1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   BRANDON MARSHALL, et al.,              No. 2:11-cv-02310-MCE-GGH
                                            (and Consolidated Cases)
12            Plaintiff,

13        v.                                **ORDER OF RELATED CASES AND
                                            CONSOLIDATION**
14   AT&T MOBILITY LLC, a Limited
     Liability Company,
15
              Defendant.
16   _____/

17   BEAU McGUIRE,                          No. 2:12-cv-01892-GEB-GGH

18            Plaintiff,

19        v.

20   AT&T MOBILITY SERVICES LLC,

21            Defendant.
22   _____/

23        After review of the Notice of Related Cases filed on

24   July 25, 2012, the Court makes the following Order:

25        Examination of the below listed civil action reveals that

26   these actions are related within the meaning of Local Rule 123(a)

27   (E.D. Cal. 1997).

28   ///

                                     1

1   The actions involve many of the same defendants and are based on
2   the same or similar claims, the same property transaction or
3   event, similar questions of fact and the same questions of law,
4   and would therefore entail a substantial duplication of labor if
5   heard by different judges.  Accordingly, the assignment of the
6   matters to the same judge is likely to effect a substantial
7   savings of judicial effort and is also likely to be convenient
8   for the parties.  Under the regular practice of this Court,
9   related cases are generally assigned to the district judge and
10  magistrate judge to whom the first filed action was assigned.

11       IT IS THEREFORE ORDERED that pursuant to Fed. R. Civ.
12  Proc. 42, the action denominated as No. 2:12-cv-01892, Beau
13  McGuire v. AT&T Mobility Services LLC, is reassigned to Judge
14  Morrison C. England, Jr. and Magistrate Judge Gregory G. Hollows
15  and consolidated for all further proceedings.  Any dates
16  currently set in this action are hereby VACATED.

17       IT IS SO ORDERED.

18       1.   Pursuant to Fed. R. Civ. Proc. 42, the above listed
19  actions are consolidated;

20       2.   The Clerk of the Court is directed to add all
21  complaints and answers filed in the member case to the master
22  case;

23       3.   The Clerk of the Court is to issue an Order Requiring
24  Joint Status Report;

25       4.   The Clerk of the Court is directed to administratively
26  close the member case; and that the Clerk of the Court make
27  appropriate adjustment in the assignment of civil cases to
28  compensate for this reassignment; and

2

1          5.   The parties are directed to file all future pleadings,

2    motions and other filings ONLY in case No. 2:11-cv-02310-MCE-GGH.

3    Dated: August 30, 2012

4

5                                  _____

6                                  MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28